344 A.2d 465

MASSACHUSETTS MUTUAL LIFE INSURANCE COM-
PANY t/a the Public Ledger Building

v.

BEFWICK OF PHILADELPHIA, INC., Appellant.

Supreme Court of Pennsylvania.

Argued April 29, 1974.

Decided Oct. 3, 1975.

David Freeman, Paul Auerbach, Philadelphia, for ap-
pellant.

A. C. F. Finkbiner, III, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROB-
ERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.

ROBERTS, J., would dismiss the appeal as improvi-
dently granted.